UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME JULIUS BROWN, SR., | CASE NO. C19-1330-JCC |
| Plaintiff, | ORDER |
| v. | |
| MAGISTRATE JUDGE ROBINSON et al., | |
| Defendants. | |

This matter comes before the Court *sua sponte*. On August 27, 2019, the Honorable Michelle L. Peterson, United States Magistrate Judge, granted Plaintiff's motion for leave to proceed *in forma pauperis*. (Dkt. No. 5.) Subsequently, the Court reviewed Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and concluded that it failed to state a claim upon which relief could be granted. (*See* Dkt. No. 7.) On August 28, 2019, the Court issued an order directing Plaintiff to file within 21 days an amended complaint curing the deficiencies identified by the Court. (*See id*.) Plaintiff did not file an amended complaint. Based on the previously identified deficiencies in Plaintiff's complaint and Plaintiff's failure to file an amended complaint, the Court DISMISSES Plaintiff's complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). The Clerk is DIRECTED to send Plaintiff a copy of this order.

//

//

1 DATED this 20th day of September 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-1330-JCC
PAGE - 2